UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ASHLEY FURNITURE INDUSTRIES, INC.,
a Wisconsin corporation,

        Plaintiff,

v.

HOME LINE FURNITURE INDUSTRIES, INC.,

a Pennsylvania corporation,

        Defendant.

Civil File No. 3:08-cv-00204

## ORDER

Upon the foregoing stipulation, it is hereby ORDERED and ADJUDGED that:

The above-captioned action is hereby dismissed with prejudice and without costs to either party.

Dated: This 6th day of June, 2008.

BY THE COURT:

*Barbara B. Crabb*
Honorable Barbara B. Crabb
United States District Judge for
Western District of Wisconsin

Copy of this document has been provided to: all counsel
via ____
this ___ day of ___, 20__
by ____
M. Hardin, Secretary to
Judge John C. Shabaz